**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JULY 15, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
WD76580        Kevin Williams vs. State of Missouri
WD76904        In the Interest of: A.L.S. vs. Juvenile Officer


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
None